```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 04 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Barrett Chandler,

             Plaintiff,

    -against-

The City of New York., et al.,

            Defendants.
------------------------------------------------------------X

07 Civ. 10412 (PAC)(KNF)

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ **General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)**

____ Specific Non-Dispositive Motion/Dispute:*
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement*

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

__X__ **Dispositive Motion (i.e. motion requiring a Report and Recommendation)**

____ Inquest After Default/Damages Hearing

==========================================================================
* Do not check if already referred for general pretrial

SO ORDERED

_____
Paul A. Crotty
United States District Judge

DATED:   New York, New York
            February 4, 2008

Copy Mailed By Chambers To:

Barrett Chandler
06A4122
Five Points C.F.
State Rte. 96
P.O. Box 119
Romulus, NY 1454