UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BARRETT CHANDLER,
:
             Plaintiff,                                       ORDER
:
            -against-                                  07 Civ. 10412 (PAC)(KNF)
:
CITY OF NEW YORK, ET AL.,
:
             Defendant.
------------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The plaintiff commenced this action by filing a complaint with the Clerk of Court on November 19, 2007. Counsel to the defendants requested that the time for them to respond to the plaintiff's complaint be enlarged to June 6, 2008. The application was granted by the Court on April 22, 2008. As of the date of the instant order, the docket sheet maintained by the Clerk of Court indicates that the defendants have failed to interpose an answer to the complaint or to move with respect to that pleading. As noted above, the time for doing so has elapsed. The Court is mindful that the docket sheet does not indicate that the plaintiff has taken any action pursuant to Rule 55 of the Federal Rules of Civil Procedure or Rule 41 of the Federal Rules of Civil Procedure.

       Therefore, IT IS HEREBY ORDERED that, on or before August 1, 2008, the plaintiff review the provisions of the Federal Rules of Civil Procedure noted above and make such application to the court as he deems appropriate. The plaintiff is directed to contact the Pro Se Office for this judicial district for any procedural assistance he might require. That office is

located at 500 Pearl Street, Room 230, New York, New York 10007. Its telephone number is (212) 805-0177.

Dated: New York, New York
       June 23, 2008

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies sent via mail to:

Barrett Chandler
Bradford C. Patrick, Esq.