**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/29/08

To: Chambers of
   Hon. Kevin Nathaniel Fox
   U.S. Magistrate Judge
   United States District Court
   Southern District of New York
   40 Foley Square
   New York, New York  10007

Date: August 21, 2008

From: Barret Chandler 06A4122
   Upstate Correctional Facility
   P.O. Box 2001, 309 Bare Hill Road
   Malone, New York   12953

Re: Chandler v. City of New York, et al., 07-CV-10412 (PAC)(KNF)

Subj.: Request for an extension of time to prepare and file answer-Response to the defendant's answering papers and a request for a restraining order

Dear Hon. Magistrate Judge Fox,
   Plaintiff would like to apologize for the late request for an extension of time to respond to the defendant's ans-

— Page one —

KNF
CHAMBERS

SDNY
8/21/08

-Page two-

wering papers. Plaintiff apologize both to the court and the defendant no harm is intended.

Consequently, on or before September 30, 2008, plaintiff is respectfully and humbly requesting that plaintiff pro se be allowed to prepare and file a late response, to the defendant's answer.

In addition further once plaintiff is further requesting humbly and respectfully in all fairness and within due process that plaintiff be granted a restraining order preventing the defendants and MTA from mis-placing or destroying the inside 34th street NYC 2 Penn Plaza Long Island Railway inside Pennsylvania train station near the escalators and exit way is 'surveillance video tape footages' of February 17, 2005 depicting the plaintiff without any question and provocation at the hands and feet of the defendant Lecaroz and Gallagher and the other forementioned NYC Police Dept. officers plaintiff did sustained several permanent pain and injuries about to his hands, wrists, and back on this day in question. The surveill-ance video tape footages herein depicted above forementioned above is the plaintiff's pri-mary evidence in chief is needed by plai-

KNF CHAMBERS

SDNY 8/21/08

-page three-

ntiff to prove and substantiate plaintiff's claim(s) and allegation(s) first in court and before the trial jury. If the surveillance video tape footages herein described some how when needed come up all of the a suddenly missing or destroyed. Plaintiff will suffer again irreparable harm and prejudice.

Thanking before-hand Hon. Magistrate Judge Kevin Nathaniel Fox for the permission and the restraining order herein requested. see, Affirmation of service dated 8/21/08 enclose here with.

Respectfully Submitted,
Barret Chandler
BARRET CHANDLER 02AH22
Plaintiff pro se
Upstate Correctional Fac.
P.O. Box 2001
Malone, New York 12953

I declare under the penalty of perjury that foregoing is true and correct. Signed this 21 day of August, 2008

Carbon Copy to:
Bradford C. Patrick
Assistant Corporation Counsel
100 Church Street
New York, New York 10007

I declare under the penalty of perjury that I am on this 21 day of August, 2008, I am delivering this (3) three page request to the upstate prison authories to be delivered to Hon. Kevin Nathaniel Fox U.S. Magistrate Judge Chambers Southern District NY

8/28/08

The plaintiff has not shown good cause for his failure to act timely. Therefore, his request for an enlargement of time, is denied. To the extent the plaintiff seeks an order directing the MTA to act or refrain from acting, the application is denied, because the MTA is not a party to the action.
SO ORDERED:
Kevin Nathaniel Fox, U.S.M.J.

United States District Court
Southern District of New York
------------------------------------x
BARRET CHANDLER,
      Pro se Plaintiff,

      -against-

City of New York, et al.
      Defendant.
------------------------------------x

07-cv-10412 (PAC)(KNF)

Affirmation of service

    I, BARRET CHANDLER, declare under the penalty of perjury that I have served a carbon copy of the enclosed three page request letter for an extension of time and a restraining order of plaintiff addressed to the Court dated August 21, 2008, upon Bradford C. Patrick, whose address is the City of New York Law Dept. 100 Church Street, NY, NY 10007 by placing the same moving papers in the hand of the upstate prison authorities to be mailed through the upstate ordinary free legal mail system.

Dated: August 21, 2008
      Malone, New York

Barret Chandler
Plaintiff Pro se
Upstate C.F.
P.O. Box 2001
Malone, NY 12953

cc: filed