UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BARRETT CHANDLER,

        Plaintiff,

    -against-

THE CITY OF NEW YORK, ET AL.,

        Defendants.
-------------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____             │
│ DATE FILED: 08/28/08             │
└─────────────────────────────────┘
```

ORDER

07 Civ. 10412 (PAC)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that: (1) the Superintendent, or other official in charge of the

Upstate Correctional Facility, provide inmate Barrett Chandler, Inmate No. 06-A-4122, a private

room, with telephone service, so that he may participate, via a telephone, in a pretrial conference

with the Court and counsel to the defendants at 2:00 p.m., on September 16, 2008; (2) plaintiff

Barrett Chandler shall appear in a private room, designated by the Superintendent, or other

official in charge of the Upstate Correctional Facility, to participate in the pretrial conference;

and (3) Assistant Corporation Counsel Bradford C. Patrick serve a copy of this Order on the

Superintendent, or other official in charge of the Upstate Correctional Facility, expeditiously.

Dated: New York, New York
       August 28, 2008

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copy mailed to:
Barrett Chandler
Bradford C. Patrick, Esq.